835 A.2d 706

**TRI–COUNTY INDUSTRIES, INC. and Tri–County Landfill, Inc., Petitioners,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, Respondent.**

Supreme Court of Pennsylvania.

Nov. 12, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of November, 2003, the Petition for Allowance of Appeal is granted. The "Application to Supplement the Petition for Allocatur" is granted. It is further ordered that the matter be CONSOLIDATED with

*Eagle Environmental II, L.P. v. Department of Environmental Protection, et al.,* No. 173 MAL 2003, 575 Pa. 164, 835 A.2d 707, 2003 WL 22681270.